IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHERRIE ADAMS,<br><br>                              Plaintiff,<br><br>     v.<br><br>MARK FROHNMAYER *et al.*,<br><br>                             Defendants. | 3:22-cv-00800-MK<br><br>JUDGMENT |

Based on Plaintiff's Notice of Voluntary Dismissal (ECF No. 14), this matter is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated this <u>14th</u> day of February 2023.

                                                                                    MELISSA AUBIN<br>
                                                                                    Clerk of Court

                                                                                    By:    <u>/s/ J. Klein</u><br>
                                                                                                 Deputy Clerk